IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA GRAY, as the Special Administrator of the Estate of Justin Barrientos, Deceased, ) ) ) ) Plaintiff, ) ) v. ) ) THE GEO GROUP, INC. et al., ) ) Defendants. ) | Case No. CIV-23-1023-D |

## ORDER

The parties jointly move to continue the trial setting and all remaining deadlines by 120 days. Doc. 56. The Court **GRANTS** the motion. Accordingly, the Court **STRIKES** the case from the Court's January 2025 trial docket, **RESETS** the case on the Court's May 2025 trial docket,[1] and sets the following amended deadlines:

| Event | Deadline |
|---|---|
| Plaintiff's final list of expert witnesses and serve expert reports. | December 2, 2024 |
| Defendant's final list of expert witnesses and serve expert reports. | December 16, 2024 |
| Plaintiff's final list of witnesses. Defendant's final list of witnesses. | December 16, 2024 14 days after |
| Plaintiff's final exhibit list. Defendant's final exhibit list. | December 16, 2024 14 days after |

---

[1] The trial setting is subject to change.

| Discovery completed. | March 5, 2025 |
|---|---|
| All dispositive and *Daubert* motions filed. | January 31, 2025 |
| Trial Docket. | May 14, 2025 |
| Designations of deposition testimony, motions in limine, requested voir dire, and requested jury instructions. | April 12, 2025 |
| Trial briefs and proposed findings of fact and conclusions of law (if any). | April 12, 2025 |
| Objections due. | 14 days after |

All other instructions in the original scheduling order remain in effect.

**SO ORDERED** this 12th day of June, 2024.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE