## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) LINDA GRAY, as the**<br>    **Special Administrator of the Estate of**<br>    **JUSTIN BARRIENTOS, Deceased,**<br><br>        **Plaintiff,**<br><br>**vs.**<br><br>**(1) THE GEO GROUP, INC.,**<br>**(2) MICHAEL BOGER, D.O.,**<br>    **in his individual capacity,**<br>**(3) KRISTINE KUSNER, R.N.,**<br>    **in her individual capacity,**<br>**(4) KALISA BLANCHARD,**<br>    **in her individual capacity,**<br>**(5) KENNETH SMITH,**<br>    **in his individual capacity,**<br>**(6) MICHAEL MURPHY, M.D.,**<br>**(7) EXPRESS MOBILE DIAGNOSTIC**<br>    **SERVICES, LLC,**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 23-CV-1023-D**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### <u>STIPULATION OF DISMISSAL</u>

Plaintiff and Defendants, through their undersigned counsel, hereby submit this Stipulation

of Dismissal with Prejudice to the right of re-filing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

claims against the individual defendants Michael Boger, D.O., Kristine Kusner, R.N., Kalisa

Blanchard, and Kenneth Smith.  Each party to bear their own fees and costs.

Respectfully submitted,


By: */s/ Guy A. Fortney*　　　　　　　
        Paul DeMuro, OBA #17605
        Danny C. Williams, Sr., OBA #14144
        FREDERIC DORWART, LAWYERS PLLC
        Old City Hall
        124 East Fourth Street
        Tulsa, Oklahoma 74103
        (918) 583-9922 (telephone)

pdemuro@fdlaw.com
dwilliams@fdlaw.com

Guy A. Fortney, OBA #17027
Corbin Brewster, OBA #22075
Katie A. McDaniel, OBA #32345
BREWSTER & DE ANGELIS
2617 E. 21st
Tulsa, Oklahoma 74114
(918) 742-2021 (telephone)
gfortney@brewsterlaw.com
kmcdaniel@brewsterlaw.com
ccbrewster@brewsterlaw.com

*Counsel for Plaintiff, Linda Gray*

By: */s/ David K. McPhail*
    David K. McPhail, OBA #13448
    Chelsi Chaffin Bonano, OBA #34627
    FOLIART HUFF OTTAWAY & BOTTOM
    201 Robert S. Kerr, Suite 1200
    Oklahoma City, OK 73102
    405-232-4633 - telephone
    DavidMcPhail@OklahomaCounsel.com
    chelsichaffinbonano@oklahomacounsel.com

    *Counsel for Defendant, Michael Boger, D.O.*

By: */s/ Eric D. Janzen*
    Eric D. Janzen, OBA #13826
    Lindsey E. Albers, OBA #19394
    ROSENSTEIN, FIST & RINGOLD
    Park Centre, 525 S. Main, Suite 700
    Tulsa, Oklahoma  74103
    918.585.9211 - telephone
    ejanzen@rfrlaw.com
    lalbers@rfrlaw.com

    *Counsel for Defendant, Kristine Kusner, R.N.*

By: /s/ Thomas G. Ferguson, Jr.
    Thomas G. Ferguson, Jr., OBA #2878
    WALKER, FERGUSON & FERGUSON
    941 East Britton Road
    Oklahoma City, Oklahoma 73114
    Telephone: (405) 843-8855
    tferg@wffatty.com

    **Counsel for Defendant, Kalisa Blanchard**


By: /s/ W.R. Moon Jr.
    Chris J. Collins, OBA No. 1800
    W.R. Moon Jr., OBA No. 32079
    COLLINS, ZORN, & WAGNER, PLLC
    429 N.E. 50th Street, Second Floor
    Oklahoma City, OK 73105-1815
    Telephone: (405) 524-2070
    cjc@czwlaw.com
    wrm@czwlaw.com

    **Counsel for Defendant, Kenneth Smith**


## CERTIFICATE OF SERVICE

I hereby certify January 6, 2025 I electronically transmitted the foregoing document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.


/s/ Guy A. Fortney