IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LINDA GRAY, as the Special Administrator of the Estate of JUSTIN BARRIENTOS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>(1) THE GEO GROUP, INC.,<br>(2) MICHAEL BOGER, D.O.,<br>    in his individual capacity,<br>(3) KRISTINE KUSNER, R.N.,<br>    in her individual capacity,<br>(4) KALISA BLANCHARD,<br>    in her individual capacity,<br>(5) KENNETH SMITH,<br>    in his individual capacity,<br>(6) MICHAEL MURPHY, M.D.,<br>(7) EXPRESS MOBILE DIAGNOSTIC SERVICES, LLC,<br><br>Defendants. | Case No. 23-CV-1023-D |

**FINAL STIPULATION OF DISMISSAL**

Plaintiff and Defendants, through their undersigned counsel, hereby submit this Stipulation of Dismissal with Prejudice to the right of re-filing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all remaining claims against defendants The Geo Group, Inc., Michael Murphy, M.D., and Express Mobile Diagnostic Services, LLC. Each party to bear their own fees and costs.

Accordingly, there are no more claims or parties before the Court in this matter.

1

Respectfully submitted,

By: */s/ Guy A. Fortney*
Paul DeMuro, OBA #17605
Danny C. Williams, Sr., OBA #14144
FREDERIC DORWART, LAWYERS PLLC
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9922 (telephone)
pdemuro@fdlaw.com
dwilliams@fdlaw.com

Guy A. Fortney, OBA #17027
Corbin Brewster, OBA #22075
Katie A. McDaniel, OBA #32345
BREWSTER & DE ANGELIS
2617 E. 21st
Tulsa, Oklahoma 74114
(918) 742-2021 (telephone)
gfortney@brewsterlaw.com
kmcdaniel@brewsterlaw.com
ccbrewster@brewsterlaw.com

***Counsel for Plaintiff, Linda Gray***

By: */s/ Robert S. Lafferrandre*
Robert S. Lafferrandre, OBA #11897
John H. Kim, OBA #31613
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
rlafferrandre@piercecouch.com
jkim@piercecouch.com

***Counsel for Defendant, The GEO Group, Inc.***

By: */s/ Sean H. McKee*
   Sean H. McKee, OBA #14277
   Emily K. Wilson, OBA #33091
   BEST & SHARP
   1 West Third Street, Suite 900
   Tulsa, OK 74103
   (918) 582-1234 (Telephone)
   smckee@bestsharp.com
   ewilson@bestsharp.com

   *Counsel for Defendant, Michael Murphy, M.D.*

By: */s/ Malinda S. Matlock*
   Malinda S. Matlock, OBA #14108
   Joseph E. Stall, OBA No. 32875
   RHODES, HIERONYMUS, JONES, TUCKER & GABLE
   1001 N.W. 63rd Street, Ste. 280
   Oklahoma City, Oklahoma 73116
   (800) 364-9113 Telephone
   mmatlock@rhodesokla.com

   *Counsel for Defendant, Express Mobile Diagnostic Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I electronically transmitted the foregoing document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ *Guy A. Fortney*

3